840

Motion for leave to appeal from the Appellate Division order that affirmed the November 2010 Court of Claims order denied with $100 costs and necessary reproduction disbursements.

Chief Judge LIPPMAN taking no part.

In the Matter of PEOPLE OF STATE OF NEW YORK, Respondent, v MIRCEA VELEANU, Doing Business as OBJETS D'ART UNIQUES, Appellant.

Submitted March 12, 2012; decided May 3, 2012

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILL WILLIAMS, Appellant.

Submitted April 30, 2012; decided May 3, 2012

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

URI TORNHEIM, Appellant, v BLUE & WHITE FOOD PRODUCTS CORP., Respondent.

Submitted February 14, 2012; decided May 3, 2012

Motion for leave to appeal from the Appellate Division order that modified the Supreme Court judgment denied with $100 costs and necessary reproduction disbursements.

URI TORNHEIM, Appellant, v BLUE & WHITE FOOD PRODUCTS CORP., Respondent.

Submitted February 14, 2012; decided May 3, 2012